# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

JOHN JAY HUMPHREY

                V.                CASE NUMBER: 5:05-CV-1159(NAM/GJD)

COURT CLERK, NDNY; CHIEF JUDGE
FREDERICK J. SCULLIN, JR.; COURT
CLERK, SECOND CIRCUIT; COURT
CLERK, U.S. SUPREME COURT


| | |
|---|---|
| [ ] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF pursuant to the Decision and Order of the Hon. Norman A. Mordue dated October 7, 2005, dismissing the complaint with prejudice pursuant 28 U.S.C. §1915(e).


DATED:     October 7, 2005

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp